No. 87–615. DETSEL, AN INFANT, BY HER MOTHER AND NEXT FRIEND, DETSEL *v.* BOARD OF EDUCATION OF THE AUBURN ENLARGED CITY SCHOOL DISTRICT ET AL. C. A. 2d Cir. Motion of Advocacy Inc. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▉▉▉▉▉▉▉▉▉▉▉▉

No. 87–618. MEDICAL INC. *v.* REGENTS OF THE UNIVERSITY OF MINNESOTA. Ct. App. Minn. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▉▉▉▉▉▉▉▉▉▉▉▉